# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 5D2024-1712
LT Case No. 2021-DR-000733

_____

KEVIN F. STOUSE,

Appellant,

v.

JACQUELINE M. STOUSE,

Appellee.

_____

On appeal from the Circuit Court for Nassau County.
Lester Bernard Bass, Judge.

Jennifer S. Carroll, of Law Offices of Jennifer S. Carroll, P.A.,
Jupiter, for Appellant.

Stephanie A. Sussman, of Sussman, Johnson & Alvarez Family
Law, Jacksonville, and Michael J. Korn, of Korn & Zehmer, P.A.,
Jacksonville, for Appellee.

May 12, 2026

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and BOATWRIGHT, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____